**COURTROOM DEPUTY'S MINUTES**        **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE        DATE: February 8, 2007
❏ BOND HEARING
❏ DETENTION HEARING        Digital Recording 4:00 - 4:12
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:07mj14-SRW     **DEFENDANT NAME:** Khaled Urcuyo-Caldera

**AUSA:** Christopher Snyder     **DEFT. ATTY:** Robert Illman

           **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√ ) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; (  )YES    **Name:**

---

| | |
|---|---|
| √ | Date of Arrest February 8, 2007 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing/Preliminary Examination set fo 2/13/07 @ 2:00 p.m. |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.     CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |