| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **MIDDLE DISTRICT OF ALABAMA** |

---

☐ INITIAL APPEARANCE          DATE: February 13, 2007
☐ BOND HEARING
√ DETENTION HEARING          Digital Recording 2:10 - 2:25
√ PRELIMINARY (EXAMINATION)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:07mj14-SRW     **DEFENDANT NAME:** Khaled Urcuyo-Caldera
**AUSA:** Christopher Snyder     **DEFT. ATTY:** Kevin Butler
                       **Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD
**USPO/USPTS:** Tamara Martin
**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| Time | Event |
|---|---|
| 2:10 p.m. | Court convenes. |
| | Mr. Butler states that a detainer has been filed in this case. Defendant's ORAL WAIVER of detention hearing at this time with leave to reopen if necessary. |
| 2:12 p.m. | Testimony begins. |
| | Government's direct examination. (Henderson) |
| 2:14 p.m. | Mr. Butler's cross examination. (Henderson) |
| 2:23 p.m. | Government rests. |
| | Defendant rests. |
| 2:24 p.m. | Court finds probable cause and defendant is bound over to the district court for further proceedings. |
| 2:25 p.m. | Court recessed. |

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | 2:07mj14-SRW |
| | * | |
| KHALED URCUYO-CALDERA | * | |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|

1. David Henderson